

333 EARLE OVINGTON BOULEVARD, SUITE 402
UNIONDALE, NEW YORK 11553
T: 516-203-7600
F: 516-282-7878

**MEMO ENDORSED**

October 24, 2023

**Application GRANTED. The conference currently set for November 2, 2023 will now take place on December 8, 2023, at 10:00 a.m. (E.T.). The parties are directed to use the conference line and access code listed in ECF No. 10. The Clerk of Court is respectfully directed to close the open motion at ECF No. 14.**

**SO ORDERED.**

Dale E. Ho
United States District Judge
Dated: October 27, 2023
New York, New York

<u>Via ECF</u>
Hon. Dale E. Ho
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

  Re: *John Curtis Rice v. Valnet Inc.*
    Case No: 1:23-cv-06937-DEH

Dear Judge Ho:

  We are the attorneys for Plaintiff John Curtis Rice ("Plaintiff") in this matter. Pursuant to Section 2(e) of Your Honor's Individual Rules and Practices, we write to respectfully request an adjournment of the initial conference date until at least 14 days after Defendant Valnet, Inc. ("Defendant")'s deadline for responding to the Complaint.

  Defendant executed a waiver of service on August 24, 2023, setting November 22, 2023 as Defendant's deadline to answer the Complaint (ECF No. 9). The initial conference is currently set for November 2, 2023. Defendant consents to this request and no adjournments or extensions were previously sought.

  Pursuant to Section 2(e)(v) of Your Honor's Rules, three alternative conference dates that are mutually agreeable to the parties are December 6, 2023, December 8, 2023, or December 11, 2023.

  We thank the Court for its time and consideration of this request.

           Respectfully submitted,

           /s <u>*Renee J. Aragona*</u>
           Renee J. Aragona

cc: Lindsay R. Edelstein, Esq.
   Mitchell Silberberg & Knupp LLP
   *Via email to lre@msk.com*

   *Counsel for Defendant*