UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN CURTIS RICE,<br><br>                  Plaintiff(s),<br><br>      v.<br><br>VALNET, INC.,<br><br>                  Defendant(s). | 23-CV-6937 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

    The initial pretrial conference currently scheduled for December 8, 2023, at 10:00 a.m. (E.T.) is hereby **ADJOURNED**. If for any reason the parties wish to address the Court via virtual conference, they may file a letter motion on ECF requesting a conference.

    SO ORDERED.

Dated: December 5, 2023
       New York, New York

                                                    DALE E. HO
                                        United States District Judge